IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY A. HUTCHERSON,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 14-00397-CG-N ) |
| **INTERNATIONAL MARINE AND INDUSTRIAL APPLICATIONS, LLC,** | ) ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Orders granting Defendant's motions for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Corey A. Hutcherson. It is, therefore, **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiff.

**DONE** and **ORDERED** this 11th day of April, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE